FILED

MAR 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARLON RUDY SIBRIAN, AKA Jairo Artega, AKA Marlin Rudy Sibrian, AKA Marlon Sibrian, AKA Marlon R. Sibrian, AKA Marlon Willy Sibrian, AKA Skinny Sibrian,<br><br>        Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>        Respondent. | No.   18-71993<br><br>Agency No. A095-721-224<br><br>ORDER |

Before:  CHRISTEN and BRESS, Circuit Judges, and LYNN,[*] District Judge.

Petitioner's motion for miscellaneous relief (dkt. # 85) is GRANTED.  Any motion to stay the mandate shall be filed by April 10, 2023.

---

[*]  The Honorable Barbara M. G. Lynn, United States District Judge for the Northern District of Texas, sitting by designation.