UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARLON RUDY SIBRIAN, AKA
Jairo Artega, AKA Marlin Rudy Sibrian,
AKA Marlon Sibrian, AKA Marlon R.
Sibrian, AKA Marlon Willy Sibrian,
AKA Skinny Sibrian,

Petitioner,

v.

MERRICK B. GARLAND, Attorney
General,

Respondent.

No. 18-71993

Agency No. A095-721-224
Board of Immigration Appeals

**MANDATE**

The judgment of this Court, entered August 11, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT